HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants
LOJA TRACY, LLC and
O'REILLY AUTO ENTERPRISES, LLC


MALAKAUSKAS LAW, APC
DANIEL MALAKAUSKAS, SBN 265903
daniel@malakauskas.com
7345 South Durango Drive
Suite B-107-240
Las Vegas, Nevada 89113
Telephone:    (866) 790-2242
Facsimile:    (888) 802-2440

Attorneys for Plaintiff
CYNTHIA HOPSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, as an entity and doing business as "O'Reilly Auto Parts # 2736", LOJA TRACY, LLC, and DOES 1-50, Inclusive,<br><br>    Defendant. | Case No. 2:20-cv-00912-JAM-CKD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER** |

Plaintiff Cynthia Hopson ("Plaintiff") and Defendants Loja Tracy, LLC and O'Reilly Auto Enterprises, LLC ("Defendants") jointly stipulate to extend the time for Defendants to answer the Complaint to July 27, 2020.  The parties are engaging in early resolution discussions, seek this extension in order to save party and judicial resources, and to resolve this matter in full.  Further, the parties believe this extension will help them resolve their differences in an efficient manner.  This is the first extension in this matter.

DATED:  June 2, 2020                                                          HANSON BRIDGETT LLP


By: */s/ Kurt A. Franklin*
KURT A. FRANKLIN
Attorneys for Defendants
LOJA TRACY, LLC and
O'REILLY AUTO ENTERPRISES, LLC


DATED:  June 2, 2020                                                          MALAKAUSKAS LAW, APC


By: */s/ Daniel Malakausas* (as authorized on 06/02/20)
DANIEL MALAKAUSKAS
Attorneys for Plaintiff
CYNTHIA HOPSON

## **ORDER**

Pursuant to the parties' stipulation, Defendants Loja Tracy, LLC and O'Reilly Auto Enterprises, LLC shall file an answer or otherwise respond to the complaint by no later than July 27, 2020.

IT IS SO ORDERED.

DATED:  June 2, 2020

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge